

# M E M O R A N D U M

### DISTRICT OF NEW JERSEY

TO: Honorable William H. Walls, United States District Judge

cc: Heather Suchorsky, Assistant United States Attorney
Christopher Patella, Counsel for the defendant

From: Jennifer Powers, United States Pretrial Services Officer

Re: US v. Sharif Evans
18-CR-00534-1

Date: September 24, 2018

On July 18, 2018, the defendant appeared in court before Your Honor and was ordered released on a $100,000 unsecured appearance bond with the following conditions:

- Pretrial Services Supervision
- The defendant's mother, Evette Evans is to serve as a third-party custodian
- Home Detention enforced with location monitoring.
- Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.
- Substance abuse testing and/or treatment as directed by Pretrial Services.
- Maintain current residence or a residence approved by Pretrial Services.
- Maintain or actively seek employment.
- Participate in Pretrial Services Workforce Development Program.
- Comply with Essex County Probation and Pretrial Services

On September 10, 2018, a violation hearing was held to address the defendant's noncompliance with the location monitoring and substance abuse testing and treatment conditions. As a result of the defendant's noncompliance, the defendant was placed on home incarceration with location monitoring and removed the third-party custodian and employment conditions.

On September 11, 2018, the defendant entered a plea of guilty before the Honorable William H. Walls and sentencing is scheduled for December 18, 2018.

On September 18, 2018, the defendant was permitted to leave his residence to report to state probation. The defendant called our office and advised the person giving him a ride to probation was pulled over. The defendant reported the police officer asked the defendant for his information even though he was a passenger and took him into custody due to an outstanding motor vehicle warrant.

Page -2-

Our office looked into the matter further and uncovered that that the defendant was issued motor vehicle tickets on September 18, 2018 for Driving on a Suspended License, No Insurance Card and Maintenance of Lamps. A court date has been set for October 2, 2018.

On September 21, 2018, our office spoke with the defendant again regarding the matter. Initially, the defendant maintained the same story as indicated above. Our office confronted the defendant about the tickets and he told our office he was the passenger. The defendant stated that he did not tell our office about the tickets as he did not think motor vehicle tickets were an issue. He then reported that his cousin picked him up at the bus stop and he (the defendant) got into the car to drive them to the probation office. The defendant reported that he was pulled over by the bus stop because the tail light was out. The defendant stated that he was taken into custody on an outstanding motor vehicle warrant, the warrant was lifted, and he was issued a new court and denied being issued additional motor vehicle tickets.

Pretrial Services has notified counsel of the aforementioned information. In light of the recent violation hearing, our office respectfully defers to the court regarding any action that should be taken regarding this matter. The government concurs with our position to defer to the court. Should Your Honor require any additional information, please feel free to contact this officer at (973) 645-2230.

*No action to be taken at this time*

*25 Sept 2018*