PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Sharif Evans　　　　　　　　　　　　　　　　　　　　　Cr.: 18-00534-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 4845843

Name of Sentencing Judicial Officer:　THE HONORABLE WILLIAM H. WALLS
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/18/2018

Original Offense:　21 USC 846; Conspiracy to Distribute Heroin

Original Sentence: 5 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing and Treatment, Location Monitoring Program, Motor Vehicle Compliance

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: 04/04/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** |
| | Mr. Evans tested positive for marijuana use on August 12, 2019, October 18, 2019, and October 25, 2019. |

U.S. Probation Officer Action:
Our office provided Mr. Evans with a verbal reprimand for his non-compliance. He was referred to the COPE Center in Montclair for substance abuse testing and treatment. He is currently participating in two groups and an individual counseling session weekly.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Julie Chowdhury/nm*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　By:　Julie Chowdhury
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: 11/18/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

December 5, 2019
Date