PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Sharif Evans  Cr.: 18-00534-001
PACTS #: 4845843

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
SENIOR UNITED STATES DISTRICT JUDGE

Name of Reassigned Judicial Officer:   THE HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/18/2018

Original Offense:   21 USC  846; Conspiracy to distribute Heroin

Original Sentence: 5 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Location Monitoring Program, Other Condition

Type of Supervision: Supervised Release   Date Supervision Commenced: 04/04/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'**<br><br>Mr. Evans tested positive for marijuana on November 19, 2019 and December 10, 2019. |
| 2 | The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**<br><br>On June 20, 2020, Mr. Evans was arrested by members of the Clifton Police Department and charged with theft by unlawfully taking or exercising control over certain movable property, to wit an Apple iPhone valued at $600.00 and possession of less than 50g of marijuana. Mr. Evans was released on a summons and is scheduled to appear in Passaic County Superior Court on July 7, 2020. |

Prob 12A – page 2  
Sharif Evans

U.S. Probation Officer Action:

At this time, we request that the Court consider taking no action. This will enable the probation office to receive the full police report and to monitor the status of the case to make an appropriate recommendation to the Court upon disposition of the charges. The undersigned has provided Mr. Evans with a verbal reprimand and reviewed cognitive behavioral skills. Lastly, the undersigned has confirmed that Evans continues to participate in weekly telehealth substance abuse counseling sessions at the Cope Center.

Respectfully submitted,
*Julie Chowdhury/nm*
By: Julie Chowdhury
U.S. Probation Officer
Date: 06/23/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[x] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Hon. Esther Salas, U.S.D.J.
Signature of Judicial Officer

6/23/2020
Date