PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Sharif Evans                                        Cr.: 18-00534-001
                                                                      PACTS #: 4845843

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
                                       SENIOR UNITED STATES DISTRICT JUDGE

Name of Reassigned Judicial Officer:   THE HONORABLE ESTHER SALAS
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/18/2018

Original Offense:   21 USC 846; Conspiracy to Distribute Heroin

Original Sentence: 5 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Location Monitoring Program, Other Condition

Type of Supervision: Supervised Release                Date Supervision Commenced: 04/04/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the mandatory supervision condition which states
                    'You must refrain from any unlawful use of a controlled substance. You
                    must submit to one drug test within 15 days of release from imprisonment
                    and at least two periodic drug tests thereafter, as determined by the
                    Court.'

                    Mr. Evans tested positive for marijuana on August 14, 2020.


U.S. Probation Officer Action:
At this time, we request that the Court consider taking no action. The undersigned has provided Mr. Evans with a verbal reprimand and disapproved of his use of marijuana to cope with life stressors. Additionally, the undersigned and Mr. Evans discussed prosocial alternatives and tools to utilize when under stress. Lastly, the undersigned has confirmed that Evans continues to participate in weekly telehealth substance abuse counseling sessions with the Cope Center. The treatment provider will receive an update regarding his marijuana usage.

Prob 12A – page 2
Sharif Evans

Respectfully submitted,
*Julie Chowdhury/SGM*

By: Julie Chowdhury
    U.S. Probation Officer
Date: 08/14/2020

APPROVED:

*Suzanne Golda-Martinez*    08/17/2020
SUZANNE GOLDA-MARTINEZ    Date
Supervising U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

    s/ Katharine S. Hayden
    Signature of Judicial Officer

    August 20, 2020
    Date